IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR.<br>　　　　　　　　Plaintiff<br>vs.<br>AMTRAK<br>　　　　　　　　Defendant | CIVIL ACTION<br><br>NO.<br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:**

　　The Petitioner, Defendant, Amtrak, by and through its attorneys, Gallagher, Rowan & Egbert, P.C., respectfully avers the following:

　　1.　　On March 16, 2006, this action was commenced against the Defendant Amtrak in the Court of Common Pleas in the County of New Castle, Delaware, upon the filing of a Praecipe for Summons and Complaint. This case is known as **Mark Turulski, Sr. v. Amtrak**, C.A. No. 06C-03-170. The Complaint is attached hereto, and made part hereof as Exhibit A.

　　2.　　Amtrak received service of the Plaintiff's Complaint on or about March 20, 2006.

　　3.　　Defendant Amtrak is a corporation created by an Act of Congress codified at 49 U.S.C. § 24301, et seq..

　　4.　　The Federal Government owns and owned during all relevant times

hereto more than one-half of the capital stock of the Defendant, Amtrak.

5. The above-described action is a Civil Action over which this Honorable Court has federal question jurisdiction under 28 U.S.C. §1331, given that Defendant Amtrak was created by an Act of Congress, wherein the United States is the owner of more than one-half of its capital stock. Eichelberg v. National Railroad Passenger Corp., 57 F.3d 1179 (2nd Cir. 1995); Foster v. National Fire, Marine & Inland Ins. Co., 986 F.2d 48, 51 (3d Cir. 1993); Capocy v. Kirtadze, et al., 1997 W.L. 182296 (N.D. Ill. 1997); Gibson v. National R. R. Corp., 170 F.R.D. 408 (E.D. Pa. 1997); Landman v. Borough of Bristol, 896 F. Supp. 406, 407-408 (E.D. Pa. 1995); Wormley v. Southern Pacific Transp. Co., 863 F. Supp. 382 (E.D. Tex 1994); Estate of Wright v. Illinois Cent. R. Co., 831 F.Supp. 574 (S.D. Miss. 1993); Boone v. National Railroad Passenger Corporation, 1993 W.L. 93 946 (E.D. Pa. 1993); Ritter v. Consolidated Rail Corporation, 1993 W.L. 29151 (E.D, Pa. 1993); Marcus v. Northeast Commuter Services Corp., 1992 W.L. 129637 (E.D, Pa. 1992); McManus v. Glassman's Wynnefield, Inc., 710 F.Supp. 1043 (E.D. Pa. 1989); In re: Rail Collision Near Chase, Maryland, on January 4, 1987; Harvey v. National Railroad Passenger Corporation, et al., 680 F.Supp. 728 (D.Ct. Md. 1987); See also, Nero v. Amtrak, 714 F.Supp. 753, 754 (E.D. Pa. 1989); Rivera v. City of Bethlehem, E.D. Pa. No. 92-3292, Memorandum Opinion and Order, July 20, 1992; Zawacki v. Penpac, Inc., 745 F.Supp. 1044 (M.D. Pa. 1990).

6. The above-described action is one which may be removed to this Honorable Court by Amtrak pursuant to the provisions of 28 U.S.C. §1441 et seq.

in that this action has been brought in a state court, and a District Court of the United States has original jurisdiction under 28 U.S.C. §1331.

7. In addition, the above-described action is a Civil Action over which this Honorable Court has federal question jurisdiction under 28 U.S.C. §1331 given that Plaintiff appears to be alleging a violation of his Constitutional rights and/or a violation of 42 U.S.C.A. § 1983, Civil action for deprivation of rights, against an Amtrak police officer; and/or it appears that the plaintiff has invoked the 28 U.S.C. §1343(3) jurisdiction of this Court in support of a 42 U.S.C. §1983 cause of action.

8. The above-described action is one which may be removed to this Honorable Court by Amtrak pursuant to the provisions of 28 U.S.C. §1441 et seq. in that this action has been brought in a state court, and a District Court of the United States has original jurisdiction under 28 U.S.C. §1331 and/or 28 U.S.C. § 1343.

9. This Notice is filed with this Court within the time for removal set forth in 28 U.S.C. §1446(b), and as set forth in <u>Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.</u>, 119 S.Ct. 1322 (1999), inasmuch as the thirty (30) day period for removal, which runs from Amtrak's receipt of the Complaint, has not expired.

10. Plaintiff alleges he suffered mental, physical pain and loss of life span due to the actions and/or inaction of Amtrak police officer in arresting Plaintiff on or about April 20, 2004, and the alleged handcuffing Plaintiff and alleged torturing Plaintiff.

11. Defendant, Amtrak is the only named defendant in this matter and is allegedly responsible as per the allegations contained within plaintiff's complaint.

12. Written notice of the filing of this Notice will be given to the adverse parties as required by 28 U.S.C. §1446(d).

13. A true and correct copy of the Notice will be filed with the Prothonotary of the Court of Common Pleas of New Castle County, Delaware, as provided by 28 U.S.C. §1446(d).

14. Pursuant to U.S.C. §1446(a), there is found herewith and by reference made a part hereof a true and correct copy of all process, pleadings and orders served upon the noticing party in this action.

WHEREFORE, Defendant, Amtrak, hereby prays that it may affect the removal of this action from the Court of Common Pleas, County of New Castle, Delaware to the United States District Court for the District of Delaware.

GALLAGHER, ROWAN & EGBERT P.C.

BY: _____
JESSICA E. GENSLER LIPPY, ESQUIRE
Attorney I.D. No. 4426
Silverside Carr Executive Center
501 Silverside Road, Suite 94
Wilmington, DE 19809
(302) 798-2779
Attorney for Defendant Amtrak

Date: April 10, 2006

# EXHIBIT "A"

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

PRAECIPE

Mark Turulskisr )
Plaintiff )
vs. )                Civil Action No.
)
amtrack )
Defendants )
)

REGIONAL DIRECTOR
CLAIMS SERVICES

MAR 27 2006

PHILADELPHIA, PA
via Fed Ex

RECEIVED
Amtrak
MAR 20 2006
2006-00243
ALICIA M. SERFATY
GENERAL COUNTY
CORP...

Please issue _____

amtrack
corporate offices
60 massachusetts ave
North East
Washington, D.C.
20002

Tel.
(202) 9063918
(202) 4847540

_Mark Turulskisr_
Plaintiff
Address 6 Brookside drive
apt A Wilmington
Delaware 19804
Phone
(302) 777-1077

TO:   Prothonotary

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:   N   K   S        CIVIL ACTION NUMBER: _____

Civil Case Code _CPIN_        Civil Case Type _Personal Injury_
(SEE REVERSE SIDE FOR CODE AND TYPE)

| Caption: | Name and Status of Party filing document: |
|---|---|
| Mark Tumelski sr<br>vs.<br>amtrack | <br>Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>Non-Arbitration ___    eFile ___<br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br><br>Arbitration ___  Mediation ___   Neutral Assessment ___<br>DEFENDANT (CIRCLE ONE)   **ACCEPT   REJECT**<br>JURY DEMAND  YES ___  NO ___<br>TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)<br>**EXPEDITED    STANDARD    COMPLEX** |
| ATTORNEY NAME(S): ~~v~~<br>Mark Tumelski sr<br>ATTORNEY ID(S):<br><br>FIRM NAME:<br>6 Brookside drive<br>ADDRESS:<br>apt A Wilmington<br>Delaware 19804<br>TELEPHONE NUMBER:<br><br>FAX NUMBER:<br><br>E-MAIL ADDRESS: | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br><br>EXPLAIN THE RELATIONSHIP(S):<br><br><br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br><br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 9/2003

# Superior Court Form 30

In accordance with Superior Court Civil Rule 5(b)(1)

**Form 30.**   Interrogatories to be answered by a personal injury litigation party.

1. Give the name and present or last-known residential and employment address and telephone number of each eyewitness to the incident which is the subject of the litigation.

   *Cpl. Alex Velasquez*
   *Wilmington, Delaware Police Department*
   *300 North Walnut St - Wilmington, DE 19801*
   *Tel. (302) 571-4525*

2. Give the name and present or last-known residential and employment address and telephone number of each person who has knowledge of the facts relating to the litigation.

   *Officer Jackin Amtrack Police 200 S. Franklin*
   *St. Wilmington, DE 19801   Tel (302) 429-6512*
   *Robert Blake 612 Brookside Drive, Wilmington, DE 198c*
   *Note: The above are all eyewitness*

3. Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last-known residential and employment addresses and telephone numbers of the persons who made said interviews and the names and present or last-known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

   _____
   _____
   _____

4. Identify all photographs, diagrams, or other representations made in connection with the matter in litigation, giving the name and present or last-known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached.)

   _____
   _____
   _____

5. Give the name, professional address, and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

_____

_____

_____

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

   a) The name and address of all companies insuring the risk;
   _____

   _____

   b) The policy number(s); _____

   c) The type of insurance; _____

   d) The amounts of primary, secondary, and excess coverage. _____

   _____

7. (Additional interrogatory to be answered by a personal injury litigation plaintiff only) Give the name, professional address, and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten year period immediately prior to the date of the incident at issue in this litigation.

Doctor Ying   400 Kirkwood Hwy
Doctor Elwood
Wilmington, Delaware
Tel (302) 994 2511
c/o V.A. Hospital
Wilmington, Delaware

Mark Tumulesi Sr.
6 Brookside Drive
apt A
Wilmington, Delaware
19804

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

Mark Tunolski sr                        ) C.A. No.
                                        )
                                        )
              v.           Plaintiff,   )
                                        )
Amtrak                                  )
                                        ) SUMMONS
                                        )
                                        )
                          Defendant.    )

THE STATE OF DELAWARE,
TO THE SHERIFF OF    COUNTY:
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon              , plaintiff's attorney, whose address is              , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.
Dated:

SHARON AGNEW
Prothonotary

_____
Per Deputy

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

SHARON AGNEW
Prothonotary

_____
Per Deputy

Rev:02/2002

Summons

In the Superior Court
for the state of Delaware in and for
New Castle County

Mark Turulski sr
   Plaintiff
      v.                              )   Civil Action No.
                                      )
Amtrack                               )
   Defendant                          )

The summons shall be the same as the praecipe and notice of service will be sent by regular mail on this date to Amtrack - corporate offices 60 Massachusetts ave. North East Washington, D.C. 20002 and to Wilmington police 300 north Walnut street Wilmington, Delaware 19801 namely cpl alex Velazquez a witness also to Alberto Gonzales U.S. Department of Justice 950 Penna ave. Northwest - Washington, D.C. 20053 and to a representative of Amtrack officer Larkin of Amtrack police the person who did this things to me address 200 South French st Wilmington Delaware 19801 - Tel (302) 429-6512

dated 4-16-06

Amtrack
corporate offices
60 Massachusetts ave
North East Washington, D.C.
Tel (202) 906 3918 or        20002
(202) 484 2540

please note service will be given to Robert Beatl 6 Brookside Drive Wilmington, DE 19804 another witness to this matter

In the superior court for the state of Delaware in and for New Castle County

Mark Turulski sr )
    Plaintiff    )    civil action no.
    v.           )
Amtrack          )
    Defendant    )

Notice of Service by me by regular mail this date to defendant amtrack - corporate offices 60 Massachusetts ave, North East washington, D.C. 20002 and a copy will be sent to U.S. attorney general alberto Gonzales U.S. Department of Justice 950 Pennsy ave North West, washington, D.C. 20053 also to Wilmington police 300 north walnut street, wilmington Delaware 19801 and namely cpl. alex Velazquez a witness and to officer Larkin a representative of amtrack the person who did these things to me.

Amtrack police
200 south French st.
wilmington, Delaware
19801  Tel (302) 429-6512

dated 4-16-06
Mark Turulski sr
Plaintiff
6 Brookside drive
apt A Wilmington
Delaware 19804
Tel. (302) 777-1675

In the superior court for the state of Delaware in and for new castle county

Mark Turulski sr
  Plaintiff )
    v. )
Amtrack )
  Defendant )
           )

## Complaint

1. Plaintiff is a U.S. citizen and a citizen of the state of Delaware where the things where done to him by Defendant

2. Defendant amtrack corporate office is 60 Massachusetts ave, north east Washington D.C. 20002.

3. on or about 4-20-04 Defendant did the following causing mental, physical pain and anguish Ect. loss of life span, ect. the court of commons pleas case number is 0403016366 and was dismissed and that this was wrongfull arrest ect. and that Defendant was tortured by a representative of amtrack namely officer Jenkin because of prejudice and discrime in that Plaintiff was put in the cell behind the Bars with the handcuffs behind his back on on his wrist and hands so tight that his left wrist was bleeding and left there for app 3 hours

and that Wilmington police officer cpl. alex Velazquez said I am not supposed to do this because you are not in my custody but I am going to take them cuffs off and he did and more than likely saved my life because I was about to have a stroke. I have to thank him for that and as a former petty officer and military police my self I believe he should be congradulated and promoted for this. I am also a partly disabled and decorated Vet - Naseem Veteran and this was done to me in time of war in my state and country. Shortly thereafter my release. I had an appointment at the Wilmington, Delaware VA Hospital and my doctor noted an increase in my blood pressure and put me on a different types of blood pressure medication for the first time and that I never had a blood pressure problem before this happened and that because of this my life expectancy has been decreased.

Complaint page 3 of

and that these actions by the defendant are a violation of my and or our United States of America constitutional rights including articial <u>VIII</u> and <u>IX</u> of my and or our United States Bill of Rights and that said articial <u>VIII</u> say " cruel and unsual punishment is forbiden" & et. therefore plaintiff asks the court to award the plaintiff $30,000,000.00 dollars accrued with interest.

However if defendant pays to plaintiff $3,000,000.00 on or before 10-10-06 the matter is to be considered settled and justice has prevailed.

plaintiff
Mark Turecki sr
6 Brookside Drive
apt A
Wilmington, DE 19804
Tel. (302) 777-1077

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR.<br>　　　　　　　　Plaintiff<br>　vs.<br>AMTRAK<br>　　　　　　　　Defendant | CIVIL ACTION<br><br>NO.<br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

### CERTIFICATE OF SERVICE

I, Jessica E. Gensler Lippy, Esquire, attorney for Amtrak hereby certifies that a true and correct copy of the Notice of Removal, was served via certified mail, postage prepaid to:

Mark Turulski, Sr.
6 Brookside Drive
Apartment A
Wilmington, DE 19804


GALLAGHER, ROWAN & EGBERT P.C.


BY: _____
JESSICA E. GENSLER LIPPY, ESQUIRE
Attorney I.D. No. 4426
Silverside Carr Executive Center
501 Silverside Road, Suite 94
Wilmington, DE 19809
(302) 798-2779
Attorney for Defendant Amtrak

Date: April 10, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR.<br>      Plaintiff<br>vs.<br>AMTRAK<br>      Defendant | CIVIL ACTION<br><br>NO.   06-245<br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

## CERTIFICATE OF SERVICE

I, Jessica E. Gensler Lippy, Esquire, attorney for Amtrak hereby certifies that a true and correct copy of the Notice of Removal, was served via certified mail, postage prepaid to:

    Mark Turulski, Sr.
    6 Brookside Drive
    Apartment A
    Wilmington, DE 19804


    GALLAGHER, ROWAN & EGBERT P.C.

    BY: _____
    JESSICA E. GENSLER LIPPY, ESQUIRE
    Attorney I.D. No. 4426
    Silverside Carr Executive Center
    501 Silverside Road, Suite 94
    Wilmington, DE 19809
    (302) 798-2779
    Attorney for Defendant Amtrak

Date: April 10, 2006

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

06-245

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
MARK TURULSKI, SR.

**(b)** County of Residence of First Listed Plaintiff: NEW CASTLE
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
(PRO SE PLAINTIFF) MARK TURULSKI, SR
6 BROOKSIDE DRIVE
APT A
WILMINGTON, DE 19804

### DEFENDANTS
AMTRAK

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): JESSICA E. GENSLER LIPPY
GALLAGHER, ROWAN & EGBERT
501 SILVERSIDE ROAD, SUITE 94
WILMINGTON DE 19809

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | / ☐ 555 Prison Condition | | | |
| | ☒ 440 Other Civil Rights | | | |

### V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
49 USC 24301 & 42 USC 1983, 28 USC 1343

Brief description of cause:
Plaintiff alleges police brutality against Amtrak police officer

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 30,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE: 4/10/06

SIGNATURE OF ATTORNEY OF RECORD: *Jessica E Gensler Lippy*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____