105.015

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR.<br><br>                      Plaintiff<br>vs.<br><br>AMTRAK<br><br>                      Defendant | CIVIL ACTION<br><br>NO. 06-245 (GMS)<br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee payment will be submitted ☐ to the Clerks Office upon the filing of this motion.

Date: 4/26/06

Paul F.X. Gallagher, Esquire
GALLAGHER, ROWAN & EGBERT, P.C.
1500 Walnut Street, Suite 1600
Philadelphia, PA 19102
(215) 732-8900

105.015

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR.<br>Plaintiff<br><br>vs.<br><br>AMTRAK<br>Defendant | CIVIL ACTION<br><br>NO. 06-245 (GMS)<br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

### CERTIFICATE OF SERVICE

I, Jessica E. Gensler Lippy, Esquire, as attorney for the Defendant, Amtrak, hereby certify that I did serve a true and correct copy of **Motion and Order for Admission Pro Hac Vice of Paul F.X. Gallagher on behalf of Defendant Amtrak** upon Plaintiff at the name and address as appears below, via United States Postal Service, first-class, postage prepaid mail on April 21, 2006

Mark Turulski, Sr.
6 Brookside Drive
Apartment A
Wilmington, DE 19804

GALLAGHER, ROWAN & EGBERT, P.C.

By: _____
JESSICA E. GENSLER LIPPY, ESQUIRE
Attorney for Defendant Amtrak
SILVERSIDE CARR EXECUTIVE CENTER
501 SILVERSIDE ROAD
SUITE 94
WILMINGTON, DE 19809
(302) 798-2779
DSB #4426

Date: 4/26/06

105.015

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR.<br>Plaintiff<br>vs.<br>AMTRAK<br>Defendant | CIVIL ACTION<br><br>NO. 06-245 (GMS)<br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission <u>pro hac vice</u> of Paul F. X. Gallagher, Esquire to represent Amtrak in this matter.

*[signature]*

Jessica E. Gensler Lippy, Esquire
DSB I.D. # 4426
GALLAGHER, ROWAN & EGBERT, P.C.
Silverside Carr Executive Center
501 Silverside Road
Suite 94
Wilmington, DE 19809
(302) 798-2779

Date: 4/26/06                              Attorney for <u>Amtrak</u>

105.015

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR.<br>　　　　　　　Plaintiff<br>　vs.<br>AMTRAK<br>　　　　　　　Defendant | CIVIL ACTION<br><br>NO. 06-245 (GMS)<br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

## ORDER GRANTING MOTION

It is hereby ORDERED counsel's motion for admission of Paul F.X. Gallagher as counsel for Amtrak pro hac vice is GRANTED.

Date: _____　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　USDC Judge