In the United States
District Court for the
District of Delaware

Mark Turulski Sr. Plaintiff

vs

Amtrak   Defendant

Civil Action
NO. 06-245
GMS

In reply to Defendants affirmative defenses dated 4-14-06.

Plaintiff finds defenses to be without merit, not correct, not accurate and N/A. ect. and Plaintiff stands on its complaint ect. dated 4-16-06 and (actually 3-16-06) Plaintiff retains all its rights including outcall VIII and IX of the Bill of Rights ect., also all witnesses, evidence ect. in complaint and superior court Form 30, including Mr. John Jaimes not mention in same and reserves the rights to new witnesses and evidence favorable to his case in regards to these matters ect.

FILED
MAY - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

as to Defendants Discovery (1)(A) number 14. Plaintiff would like to know who the Representatives from the Wilmington Police Field office are as to the ones that seen this toucher and or abuses on plaintiff taken place and any and all witness there of. That actually seen these Violations take place. and plaintiff reserves the right to new evendence ECT.

as to motion to remove plaintiff objects.

signed and dated
4-25-06

Mark Tunelski sr
plaintiff

copy sent to court and Defendant



Mark [illegible]
6 Brooks [illegible]
Wilmington [illegible]

Clerk for D.M.S. CA 06-245

United States District Court
District of Delaware
J. Caleb Boggs Federal Building

844 North King Street
Room 4209
Wilmington, Delaware 19801