IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR., | ) |
|     *Pro Se* Plaintiff, | ) |
| v. | )   Civil Action No. 06-245 (GMS) |
| AMTRAK, | ) |
|     Defendant. | ) |

**AMENDED SCHEDULING ORDER**

At Wilmington this 24th day of July, 2006, pursuant to Fed.R.Civ.P. 16 and D.Del.L.R. 16.2;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings**. All motions to join other parties and amend the pleadings shall be filed on or before September 20, 2006.

2. **Discovery**. All discovery shall be initiated so that it will be completed on or before **January 19, 2007.**

3. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk.

4. The parties shall not send or deliver any correspondence to Chambers. All correspondence and pleadings must be filed directly with the Clerk of the Court. It shall be the responsibility of the parties to inform the court of any change of address.

5. **Summary Judgment Motions**. All summary judgment motions, with accompanying briefs and affidavits, if any, shall be served and filed on or before **February 20, 2007.** The Answering brief shall be filed on or before **March 5, 2007** and the Reply brief due on or before **March 19, 2007.**

6. **Scheduling**. The parties shall direct any requests or questions regarding the scheduling and management of this matter to chambers at (302) 573-6470.

Any request for extensions of time as set forth in this Scheduling Order must be made no later than twenty-one days prior to the expiration of time.


July 24, 2006                              /s/ Gregory M. Sleet
                                           UNITED STATES DISTRICT JUDGE