10-21-06

Dear Clerk,

I am Homeless now and I have a P.O. Box 3145 Wilmington, Delaware 19804. My address was 6 Brookside Drive apt A. Wilmington Delaware 19804. I hope to go to Florida from now untill april nr 200 to april 2007. I don't want to hold this case rep, however I must escape to cold for I am 59 years old. please note and make Ref. to CA 1:06-CV-00245UNA.

Thank you,

Mark Tunelski sr

FI
OCT 24 2006
PD scanned

Mark Kuwolesis K
P.O. Box 3145
Wilmington, DE
19804

WILMINGTON DE 197
23 OCT 2006 PM 1 T

U.S.M.S
X-RAY

Clerk
United States District Court
District of Delaware
844 North to King Street
Room 4209
Wilmington, DE 19801