105.015

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MARK TURULSKI, SR.** <br> Plaintiff <br> vs. <br> **AMTRAK** <br> Defendant | CIVIL ACTION <br> NO. |

### DEFENDANT AMTRAK'S INITIAL DISCLOSURES PURSUANT RULE 26

Defendant Amtrak by and through their counsel Gallagher, Rowan and Egbert, P.C., hereby submit the following initial disclosures pursuant to Rule 26.

### (a) REQUIRED DISCLOSURES (1)(A):

*The name and last known address of each person reasonably likely to have information that bears significantly on the claims and defenses identifying the subjects of the information;*

1. Plaintiff Mark Turulski
2. Robert M. Blatt
3. Amtrak Officer Brian V. Larkin
4. Amtrak employee Sandra M. Caine
5. Amtrak employee Jospeh Degrazia
6. Amtrak employee James Ghecas
7. Amtrak employee Linda Ecker
8. Representative / employee from B & F Towing
9. Amtrak Sergeant John Mangan
10. Amtrak Investigator Everett L. Rainey, Sr.
11. Amtrak Police Officer Goelz
12. Amtrak Captain Ron Bason

13. Amtrak Police Department, Annette Irons
14. Representative from Wilmington Police Field Office
15. Other representatives from Amtrak and the Amtrak Police Department.

All witnesses listed above who are Amtrak employees may be contacted through the Defendant, via the undersigned counsel.

## (a) REQUIRED DISCLOSURES (1) (B):

*A general description, including location, of all documents, data, compilations, and tangible things in the possession, custody or control of that party that are likely to bear significantly on the claims and defenses.*

1. Amtrak Claims Management System Incident Report pages 1 - 6. Copy Attached (portions redacted).
2. Plaintiff's medical records.
3. Plaintiff's Criminal Court records.
4. Plaintiff's Military records.
5. Plaintiff's employment records.
6. Plaintiff's arrest photo and records from the Wilmington Police, if any.

Any documents listed above and not attached that are discoverable, once obtained, will be produced by and through the Defendant, via the undersigned counsel.

## (a) REQUIRED DISCLOSURES (1) (C):

*the existence and content of any insurance agreement under which any person or entity carrying on an insurance business may be liable to satisfy part or all of the judgment that may be entered in the action....*

Defendant Amtrak is self insured for purposes of the this action.

As discovery and investigation are continuing, the Defendant reserves its right to supplement its disclosures and awaits Plaintiff's disclosures.

Thank you for your cooperation in this matter.

                Respectfully submitted,

                GALLAGHER, ROWAN & EGBERT P.C.

BY: _____
        JESSICA E. GENSLER LIPPY, ESQUIRE
        Attorney I.D. No. 4426
        Silverside Carr Executive Center
        501 Silverside Road, Suite 94
        Wilmington, DE 19809
        (302) 798-2779
        Attorney for Defendant Amtrak

Dated: April 14, 2006

105.015

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR.<br>　　　　　　　　Plaintiff<br>vs.<br><br>AMTRAK<br>　　　　　　　　Defendant | CIVIL ACTION<br><br>NO.<br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

**CERTIFICATE OF SERVICE**

　　I hereby certify that a true and correct copy of the Defendant Amtrak's Initial Disclosures were served by First Class United States Mail, postage pre-paid on the following:

>Mark Turulski, Sr.
>6 Brookside Drive
>Apartment A
>Wilmington, DE 19804
>***Plaintiff***

>GALLAGHER, ROWAN & EGBERT P.C.

>BY: _____
>JESSICA E. GENSLER LIPPY, ESQUIRE
>Attorney I.D. No. 4426
>Silverside Carr Executive Center
>501 Silverside Road, Suite 94
>Wilmington, DE 19809
>(302) 798-2779
>Attorney for Defendants Amtrak

Dated: April 14, 2006

```
                           Crimes Management System                   Page:    1
Progrm: CMS301                   Incident Report
----------------------------------------------------------------------------
    Case No.: 1-04-006048 AMTRAK POLICE DEPARTMENT

  Date of Occurrence.:  3/20/04 thru  3/20/04  Time of Occur.: 11:08 thru 11:08
  Date of Report.....:  3/20/04              Time of Report: 10:39
  Dispatched.........:  3/20/04 @ 10:39      Responded.....:         @  0:00
  Arrived............:  3/20/04 @ 10:39      Cleared.......: 3/20/04 @ 23:38

    Day of the Week...: SATURDAY
    Common Name.......: WILMINGTON SHOPS
    Incident Location.: 2500 MAIN LINE SOUTH WIL
    Incident Cty/ST/PR: WILMINGTON P/O                   ZIP:
    County............: DE-NEW CASTLE
    Location Type.....: AMTRAK YARD                        317
    Beat Assignment...: WILMINGTON DE                      MILE POST: YWILS0201
    District..........: MID ATLANTIC NORTH DIVISION
    Patrol Area  :    : WILMINGTON-NORTH(INCL.MAINT.FAC.)
    Department Classif: LARCENY/ OTHER METALS              X
    Reporting Officer.: BRIAN V LARKIN
     CASE STATUS......: CLOSED                          Date:   3/20/04
    Alcohol Related...: UNKNOWN
    Drugs Related.....: UNKNOWN

************ V E R I F I C A T I O N    I N F O R M A T I O N ******************
DATA ENTRY CLERK..:  4/05/06  Employee: SANDRA M CAINE
REPORT OFCR REVIEW:           Employee:
APPROVED..........:           Employee:

************ C A S E    M A N A G E M E N T    I N F O R M A T I O N *************

Case Disposition.: CLOSED                              CLOSED     Date:  3/20/04
Case Forwarded To:

*********************** O F F E N S E    R E P O R T S ************************

           Offense #:   1
  STATE UCR CLASSIF.: LARCENY/ OTHER METALS
  UCR CLASSIFICATION: LARCENY - OTHER
  Attempt./Committed: COMMITTED
  Statute Ordinance.: LARCENY/AMTRAK SCRAP METAL
  Theft by Computer.: NO
  Reason for Attack.: THEFT
  UCR Type of Weapon:
  Entry - How/Where?: THROUGH GATE
  Forced Entry......: NO
  Structure Occupcy.: UNOCCUPIED              # Premises:
  Evidence Collected: NO
  Criminal Activity.: OTHER
  Location Type.....: AMTRAK YARD                       317
  STATE DISPOSITION.: ADULT REFER OTHER AGENCY          090
  UCR Incident Stat.: CLOSED                         Date:  3/20/04
  Arrest Case #.....: 1-04-006048    # of People Arrested:  2
  Excpt. Cleared Typ: N/A
  Rept. UCR Offense#:
```

*DOCUMENT CONTAINS CONFIDENTIAL INFORMATION. MIS-USE OF INFORMATION OR SECONDARY DISSEMINATION MAY RESULT IN CRIMINAL AND CIVIL PENALTIES*

Case No.: 1-04-006048  AMTRAK POLICE DEPARTMENT                      (Continued)

```
          Offense #:    2
STATE UCR CLASSIF.: TRESPASS CRIM. LAND ADULT ARREST
UCR CLASSIFICATION: OTHER
Attempt./Committed: COMMITTED
Statute Ordinance.: CRIMINAL TRESPASS #11-822
Theft by Computer.: NO
Reason for Attack.: THEFT
UCR Type of Weapon:
Entry - How/Where?: THROUGH GATE
Forced Entry......: NO
Structure Occupcy.: UNOCCUPIED                    # Premises:
Evidence Collected: NO
Criminal Activity.: OTHER
Location Type.....: AMTRAK YARD                      317
STATE DISPOSITION.: ADULT REFER OTHER AGENCY         090
UCR Incident Stat.: CLOSED                           Date:    3/20/04
Arrest Case #.....: 1-04-006048       # of People Arrested:  2
Excpt. Cleared Typ: N/A
Rept. UCR Offense#:
```

* * * * * * * * * *    OFFENSE PRIMARY RELATIONSHIPS    * * * * * * * * * *

Offense #: 001 LARCENY/ OTHER METALS / LARCENY - OTHER / LARCENY/AMTRAK SCR
   Name #....: 001 (SUSP) BLATT, ROBERT M.
   Name #....: 002 (SUSP) TURULSKI, MARK T.

******************** V E H I C L E   I N F O R M A T I O N ********************

```
   SEIZED                                      V E H I C L E  #  1
   UCR PROPERTY.: VEHICLES
UCR VEHICLE TYPE: TRUCK                          Year: 1979
Make.: CHEVROLET         Model: TRUCK - SI      Permit#:
Style: PICKUP            Color: OTHER          /
LIC/TRN #: C28202          ST: DE    Country....:
VIN/CAR # UNKNOWN
Vehicle Damaged Code:
Damaged/Stolen Value:        $0.     Disposit'n: TOWED BY AMTRAK P.D.
Insured (Y/N).......: NO             Insured By:
Controlling Officer.: BRIAN V LARKIN
Veh Feature/Oddity..:
Keys in Vehicle.....:                Vehicle Locked: NO
Lein Holder.........:
Stolen Location.....:
     City/ST/PR....:
NCIC #........:                         STATE#:
NCIC ENT DATE:                          NCIC CAN DATE:
Misc. ID #...:
Recovered By,:
Recovery Loc.:
   City/ST/PR:                                    Date:
                                                  Time:  0:00
```

```
Case No.: 1-04-006048 AMTRAK POLICE DEPARTMENT                (Continued)

                                                       $Value:        $0.
Recovery Code:
Owner Notifd.:              By Whom:
```

****************** P E R S O N   I N F O R M A T I O N ********************

```
         * S U S P E C T / O F F E N D E R *    INFORMATION #   1
Name: ROBERT M BLATT                                    DOB.:
Addr:                                                   SSN.:
City:                       ST:       ZIP:              Phn#:
POB.:                       ST:       Country:
Empl:                                                   Bus#:
Occp: NONE
Race........: WHITE                     Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #........:                 OL ST:    Country:
Min. Height: 511 FT./IN.      Weight: 170 LBS.    Misc#:
Max. Height:     FT./IN.      Weight:     LBS.
Min. Age...: 43 Max: 43
```

****************** ADDITIONAL SUSPECT INFORMATION # 1 ********************

```
Hair Color..: BALD                      Length.: BALD
Hair Style..: TOTALLY BALD
Eye Color...: HAZEL                     Glasses: NO
Complexion..: MEDIUM                    Fl.Hair: NONE
Build......: MEDIUM                     Teeth..: NO DISCERNIBLE FEATURES
Speech/Voice: NORMAL
Clothing....- Hat..:                      Shirt:
              Coat.:                      Pants:
              Shoes:
Body Marks#1:                           Marks#2:
      Marks#3:                          Marks#4:
Hand Use....: RIGHT HANDED               NCIC #:
Caution/Haz.: N/A                       Weapon.:
STATE #.....:                            ID #...:
STATUS......: ARRESTEE                  Arrest#: 1-04-006048
Marital stat: SINGLE                    FBI#...: NONE


         * S U S P E C T / O F F E N D E R *    INFORMATION #   2
Name: MARK T TURULSKI                                   DOB.: 10/10/1947
Addr: 6 BROOKSIDE DR             APT: A                 SSN.: 222305690
City: WILMINGTON            ST: DE    ZIP: 19804        Phn#: 302/777-1077
POB.:                       ST: DE    Country:
Empl:                                                   Bus#:
Occp: NONE
Race........: WHITE                     Sex.: MALE
Ethnic Org.: NON-HISPANIC
OL #........: 504715           OL ST: DE   Country:
Min. Height: 509 FT./IN.       Weight: 180 LBS.    Misc#:
Max. Height:     FT./IN.       Weight:     LBS.
Min. Age...: 56 Max: 56
```

Date/Time: ... APD DATA ENTRY PHL                                    NO.711   P.7
Case 1:06-cv-00245-GMS    Document 9    Filed 11/28/2006    Page 8 of 10
                        Crimes Management System                    Page:    4
Progrm: CMS301                Incident Report

Case No.: 1-04-006048  AMTRAK POLICE DEPARTMENT              (Continued)

```
*******************  ADDITIONAL SUSPECT INFORMATION   #   2  *******************
Hair Color..: BROWN                     Length.: MEDIUM (to 2")
Hair Style..: CREWCUT
Eye Color...: HAZEL                     Glasses: NO
Complexion..: FAIR                      Fl.Hair: STUBBLE
Build.......: MEDIUM                    Teeth..: NO DISCERNIBLE FEATURES
Speech/Voice: NORMAL
Clothing....- Hat..:                      Shirt:
              Coat.:                      Pants:
              Shoes:
Body Marks#1:                           Marks#2:
      Marks#3:                          Marks#4:
Hand Use....: LEFT HANDED                NCIC #:
Caution/Haz.: N/A                       Weapon.:
STATE #.....:                            ID #...:
STATUS......: ARRESTEE                  Arrest#: 1-04-006048
Marital stat: SINGLE                     FBI#...: NONE
```

```
**************************  N A R R A T I V E   # 1  **************************
CAD Information        Reported By:                                   3/20/04
```

Call#: 040800168      Beat: SECTOR 2 Units.: 404WIL     Employees:
0000001732 LARKIN, BRIAN Units.: 429WIL     Employees: 0000001098
ECKER, LINDA Units.: 452WIL     Employees: 0000001757 DEGRAZIA, JOSEPH
Units.: 483WIL     Employees: 0000001116 GHECAS, JAMES UNIT RPTS TWO
M/A TRESPASSERS STEALING SCRAP METAL FROM LOC. TWO M/A IN CUSTODY.
UNITS ENROUTE TO WIL LOCK UP BEG MILEAGE 109618. ARRIVED AT WIL LOCK
UP END MILEAGE 109619. UNIT AT COURT. BOTH SUBJ WERE CITED AND
RELEASED.
§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§
ON MARCH 20, 2004, AT 1108 HOURS, THIS OFFICER WAS WORKING IN THE
AREA OF THE WILMINGTON SHOPS WHICH IS LOCATED IN THE CITY OF
WILMINGTON, 4001 VANDEVER AVENUE. THIS OFFICER DID OBSERVE THE NAMED
DEFENDANTS, (W/M/A, MARK TURULSKI, 10/10/1947 AND W/M/A, ROBERT
BLATT, 07/21/1960. THIS OFFICER DID OBSERVED (BLATT) OPERATING THE
LISTED VEHICLE, A 1979 CHEVY SILVERADO, DE #C28202. HE WAS OBSERVED
BY THIS OFFICER LOADING SCRAP METAL AND PARTS FROM AMTRAK PROPERTY.
THIS OFFICER DID A PEDESTRIAN/VEHICLE STOP ON THE NAMED SUBJECTS AND
REQUESTED THE REQUIRED INFORMATION, I/D DRIVER'S LICENSE, AND VEHICLE
REGISTRATION. THE DRIVER, BLATT, STATED THAT HE DID NOT HAVE A
DRIVERS LICENSE. AT WHICH TIME, I COMPLETED WARRANT CHECKS ON BOTH
SUBJECTS WHICH REVEALED THAT BLATT'S DRIVERS LICENSE WAS SUSPENDED.
HE ALSO COULD NOT PROVIDE THIS OFFICER WITH ANY VEHICLE INSURANCE. A
VEHICLE CHECK THROUGH DELJIS REVEALED THAT THE VIN NUMBER WAS REMOVED
AND ANOTHER ONE WAS IN PLACE (VIN CCU1590B10836).

IT SHOULD BE NOTED THAT BOTH SUBJECTS WERE OBSERVED LOADING SCRAP
METAL IN THE REAL OF THE PICK UP TRUCK, WHICH WAS ON AMTRAK
PROPERTY. THIS OFFICER WAS PROVIDED WITH IDENTIFICATION FOR MARK
TURULSKI, 10/10/1947. HE WAS CHECKED THROUGH DELJIS AND WAS NEGATIVE.

Case No.: 1-04-006048    AMTRAK POLICE DEPARTMENT                    (Continued)

BOTH SUBJECTS WERE TAKEN INTO CUSTODY FOR TRESPASSING AND THEFT FROM AMTRAK PROPERTY. THE VEHICLE WAS IMPOUNDED AND TOWED TO B&F TOWING.

AT APPROXIMATELY 2150 HOURS, B&F TOWING ARRIVED AND TOOK THE VEHICLE TO THEIR IMPOUND LOT ON AIRPORT ROAD, DEPARTED AT 2158 HOURS.

AT 2310 HOURS, BOTH SUBJECTS WERE SEEN BY JUDGE ROSALIE RUTKOWSKI IN J.P. COURT #20. THEY WERE RELEASED ON THEIR OWN RECOGNIZANCE WITH AN UNSECURED BAIL. DEPARTED COURT #20 AT 2320 HOURS AND RETURNED TO WILMINGTON TRAIN STATION.

ADVISED SGT. MANGAN AND PHILADELPHIA NCC OF THE ABOVE INFORMATION. CLEARED AT 0030 HOURS.

************************* N A R R A T I V E   # 2 *****************************
SUPPLEMENT #1              Reported By: RAINEY, SR., EVERETT L.        3/20/05
                           Entered By.: CAINE, SANDRA M.               4/05/06

INVESTIGATOR EVERETT L. RAINEY, SR. #528
SUPPLEMENTAL
INCIDENT NUMBER 01-04-006048
THEFT AND TRESPASSING
DATE OF INCIDENT: SATURDAY, MARCH 20, 2004
TIME: REPORTED 10:39 HOURS
CRIMINAL INTENT AND TRESPASS, ATTEMPTING TO STEAL SCRAP METAL OFF THE RIGHT-OF-WAY OF THE PURINA SIDING AREA WITH THE USE OF A TRUCK
REPORTING OFFICER: LARKIN, J. #404, SEE HIS ORIGINAL REPORT FOR FURTHER INFORMATION
SUSPECT #1: ROBERT BLATT, WHITE/MALE, AGE 49, DOB: [redacted] SOCIAL SECURITY NUMBER [redacted]
SUSPECT #2: MARK TURULSKI, WHITE/MALE, AGE 57, DOB: 10/10/1947, SOCIAL SECURITY NUMBER 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

ABOVE DATE AND TIME, INV. RAINEY #528 AND POLICE OFFICER GOELZ #250 WERE DISPATCHED TO PURINA SIDING, WILMINGTON, DELAWARE TO MEET WITH APD OFFICER J. LARKIN #404 IN REFERENCE TO THE ABOVE INCIDENT. IN THIS MEETING, OFFICER LARKIN #404 ADVISED THE INVESTIGATORS THAT HE HAD OBSERVED THE TWO SUSPECTS ABOVE ON THE ACCESS AT PURINA SIDING LOADING SCRAP METAL ONTO A TRUCK. HE MADE THE TWO SUSPECTS OFF LOAD THE SCRAP METAL AND HAD THEM FOLLOW HIM BACK TO WILMINGTON POLICE HEADQUARTERS. SUSPECTS WERE ARRAIGNED ON THE FOLLOWING CHARGES: REMOVE IDENTIFICATION NUMBER, THEFT, INSURANCE CARD AND CRIMINAL TRESPASS.

INVESTIGATOR RAINEY BRIEFED CAPTAIN RON BASON #53 OF THIS INCIDENT.

INVESTIGATOR RAINEY PHOTOGRAPHED ALL ITEMS ABOVE AND THE TWO SUSPECTS. BACK AT CID, INV. RAINEY PUT ALL PHOTOS ON A CD FOR THE WILMINGTON POLICE FIELD OFFICE. NO FURTHER ACTION WAS TAKEN BY CID.

Case No.: 1-04-006048 AMTRAK POLICE DEPARTMENT                (Continued)

INCIDENT CLEARED.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

105.015

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARK TURULSKI, SR.<br>　　　　　　　　　Plaintiff<br><br>　　vs.<br><br>AMTRAK<br>　　　　　　　　　Defendant | CIVIL ACTION<br><br>NO. 06-245<br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

**NOTICE OF SERVICE**

　　I, Jessica E. Gensler Lippy, Esquire, attorney for Defendant Amtrak, hereby provide notice that service of a true and correct copy of DEFENDANT AMTRAK'S INITIAL DISCLOSURES PURSUANT TO RULE 26, was made on April 14, 2006 via first class mail, postage prepaid to Plaintiff as follows:

　　　　Mark Turulski, Sr.
　　　　6 Brookside Drive
　　　　Apartment A
　　　　Wilmington, DE 19804

with a copy of this Notice of Service to be served upon Plaintiff, Mark Turulski, Sr., on today's date, via first class mail, postage prepaid, at his new address of:

　　　　P.O. Box 3145
　　　　Wilmington, DE 19804-3145

　　　　GALLAGHER & ROWAN, P.C.
　　　　Attorneys for Defendant Amtrak

Dated: November 28, 2006　　By:/s/Jessica E. Gensler Lippy
　　　　　　　　　　　　　　　JESSICA E. GENSLER LIPPY, ESQUIRE
　　　　　　　　　　　　　　　Attorney I.D. No. 4426
　　　　　　　　　　　　　　　Silverside Carr Executive Center
　　　　　　　　　　　　　　　501 Silverside Road, Suite 94
　　　　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　　　　(302) 798-2779