date 12-13-06

Civil action
No. 06-245
GMS

In the United States
District Court for
the State of Delaware

Mark Tomkshire  Plaintiff

vs

Amtrak   Defendant

In accordance with 26(a) disclosures and compel to interrogatories.

To wit, plaintiff has notified both verbally and in writing that disclosures are to be considered in original suit and as to interrogatories this has been done and sent to plaintiff including pictures they requested.

However if it pleases the court I shall repeat it here.

The witness plaintiff intends to call at trial and plans on subpoena same are as follows. Officer Velazquez Wilmington police who seen this happen, officers of Wilmington presidents at the scene field officer, officer Larkin (Amtrak police)

(6) Wilmington Delaware, Doctor ying V/A Hospital Wilmington Delaware. and picture of scene that on took requested.

This is all I have and I hope this satifies the court as to disclouser, interrogatories and compeling question there is no more and if more shall become available I shall notify ie defendent as to same.

also plaintiff notified defendent 2 months ago that plaintiff is homeless and was intening on going to florida to escape the cold in nov. 06, and plaintiff can see no other reason for Defendent to start this action now other than to avoid Justece.

plainiff prays that the court will resolve this matter and report Defendent to court of justice now.

please note I intent on going to Flodia on jan 3rd 07 and looks like I can now. 1○ please reschedule accordingly.

copy sent to:
Gallagher, Rowan & Egter P.C.
Riverside corr. youdient centre
501 silverside Road suite 94
Wilmington Delaware 19809
attention:
    Jessica Gensler

Mark (unlisign)
P.O Box 3145
Wilmington, DE
19805