12-14-06

In the District Court
for the state of Delaware

Mark Tunulakis, Plaintiff

vs

Amtrak, Defendant

Civil action
No. 06-245

FILED
2006 DEC 15  PM 12:42
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
scanned

Please enter as part of the court record and a part of evidence Exhibit A, B, C. Notarized evidence date March 23rd 06 of Robert Blast who was a eye witness to this. Defendant was giving copy of this at deposition.

Please note I plan on returning from Florida 4-14-07

Thank you.
Mark Tunulakis

Mary B. Duvall

MARY B. DUVALL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 27, 2008

A

stmt 5-23-06

EXHIBIT
A
5-23-06  MS

I Robert Blatt did

see Mr. Jackin of amtrak put the handcuffs on Mark Turulski sr on or about 3-20-04 and that the cuffs where so tight that Mark Turulski's left wrist was bleeding and that he was put in the cell with the door closed and cuffs on and behind his back and left there for app 8 hrs and also seen Mark Turulski suffer extreme mental and phisical pain caused by mr. Jackin on that day and also seen (signed) Robert Blatt

Hern Velozquez   witnessed Mark Turulski sr
take them off.

3-14-06 Mark Turulski sr

Exhibit B                              5-23-06

I Robert B lott remember the majistrate on that day or next day order Mark Tumulski's and Robert B lott to stay away from amtrak including the Train station.

Mary B. Duvall
MARY B. DUVALL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 27, 2008

signed
Robert Blott


EXHIBIT
B
5-23-06  MJ

Witnessed
Mark Tumulski

5-22-06

I Robert Blatt do herby states that I witnessed the abuses and touches of Mark Tunlinski and seen the ood from the hand cuffs of Mark Tunlinski.

Robert Blatt
sighed

Robert Blatt

witness martin gl