105.015

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARK TURULSKI, SR.<br>　　　　　　　　　Plaintiff<br>　　vs.<br>AMTRAK<br>　　　　　　　　　Defendant | CIVIL ACTION<br><br>NO. 06-245<br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

**REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT, NATIONAL RAILROAD
PASSENGER CORPORATION a/k/a AMTRAK'S MOTION TO COMPEL**

　　　　Defendant, National Railroad Passenger Corporation a/k/a Amtrak (hereinafter "Defendant") has received three (3) correspondence/filings/responses from Plaintiff Mark Turelski apparently regarding Defendant's Motion to Compel. (Exhibit A, B, C along with Defendant's interpretation of each document/filing). Unfortunately, none of the documents submitted by the Plaintiff address Defendant's Motion and discovery requests. Specifically, Defendant's Motion was to compel Plaintiff's Rule 26 Disclosures, answers to interrogatories, responses to production of documents, and compel Plaintiff to execute HIPAA authorizations. Plaintiff has not produced any executed HIPAA authorizations nor has Plaintiff responded to Defendant's Interrogatories or Request for Production of Documents. Plaintiff provided one photograph and 3 apparent statements of a Robert Blatt in these filings. (Exhibits A, B &C). Assuming that Plaintiff's filing represents Plaintiff's 26(a) disclosures, Defendant agrees to accept same as such. However, Defendant is in need of HIPAA authorization and other supporting documents.

　　　　Plaintiff's filings imply that he will be leaving the state of Delaware in January and not returning until April or May of 2007, and that he will provide the information requested

upon his return.  Unfortunately, Defendant is attempting to defend this matter, without receiving any of Plaintiff's medical records, documentation, or proof of his claims.  Defendant is essentially left in the dark as to the validity of these claims and with an inability to defense same.  Defendant was not notified of Plaintiff trip prior to these filings with the court.

Plaintiff's journey to Florida does not relieve him of his duties and obligations as a Plaintiff in a civil action law suit.  Defendant merely requests that Plaintiff follow the discovery rules of the court and answer Interrogatories, sign HIPAA authorizations and respond to requests to produce.  Plaintiff has not disclosed any documentation or medical evidence to substantiate his claim and would warrant his $30,000,000.00 demand.

It is respectfully submitted and requested that Defendant's Motion to Compel be granted and that if Plaintiff does not provide his answers to Interrogatories, response to Requests for Production of Documents and executed HIPAA authorizations within ten (10) days of the date of the Court's Order, that Plaintiff's case should be dismissed.

WHEREFORE, National Railroad Passenger Corporation a/k/a Amtrak requests that this Court grant the previously provided order compelling Plaintiff to provide answers to discovery as outlined.

**GALLAGHER & ROWAN, P.C.**

By: /s/Jessica E. Gensler Lippy
    JESSICA E. GENSLER LIPPY, ESQUIRE
    DSB #4426
    PAUL F. X. GALLAGHER, ESQUIRE
    Attorney for Defendant Amtrak
    SILVERSIDE CARR EXECUTIVE CENTER
    501 SILVERSIDE ROAD
    SUITE 94
    WILMINGTON, DE 19809
    (302) 798-2779

DATE:   December 21, 2006

105.015

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR.<br>　　　　　　　　Plaintiff<br><br>　　　vs.<br><br>AMTRAK<br>　　　　　　　　Defendant | CIVIL ACTION<br><br>NO. 06-245<br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

### CERTIFICATE OF SERVICE

I, Jessica E. Gensler Lippy, as attorney for Defendant Amtrak in the above captioned matter, herein certify that I caused a true and correct copy of Defendant Amtrak's Reply to Plaintiff's Response to Defendant's Motion to Compel Plaintiff's Discovery Answers, to be served upon Plaintiff as listed below on December 21, 2006, via US Mail:

> Mark Turulski, Sr.
> P.O. Box 3145
> Wilmington, DE 19804-3145

**GALLAGHER & ROWAN, P.C.**

By: /s/Jessica E. Gensler Lippy
　　JESSICA E. GENSLER LIPPY, ESQUIRE
　　DSB #4426
　　PAUL F. X. GALLAGHER, ESQUIRE
　　Attorney for Defendant Amtrak
　　SILVERSIDE CARR EXECUTIVE CENTER
　　501 SILVERSIDE ROAD
　　SUITE 94
　　WILMINGTON, DE 19809
　　(302) 798-2779

DATE: <u>December 21, 2006</u>

3

In the U.S. District Court
for the District of Delaware

Mark Tulelski, sr plaintiff
vs
Amtrak    Defendant

Civil action
No 06-245
GMS

Attention:
Jessica Wendler
attorney for Amtrak

Received your reply back in the last few days.

I have informed you, since I am currently homeless and in was very intent to you be reunited in november until april 07, sincerely it looks like I am not going to escape the cold on winter until January 07. I find your expression questionable at this point for I believe you already have the list of my witness and wonder if this is a ploy play to try and make me look bad in the courts eyes. I noticed you did not include Wilmington police officer Aquilla (not sure the spelling of his name) for he was eye-

witness. In all [fairness] and as a matter of justice your [firm] and you should insure that this man is present at trial.

I believe you have mostly everything that I have, however if you don't I shall do my best to provide even you want and it is my intent to provide what I have at least to you, the Judge and Jury.

Witness I would like to see at trial are Wilmington [police], possibly John _____ relevant VA records etc.

Also the Wilmington field police that witness the touch of me by a miracle policeman Larkin.

I hope this satisfies your request.

As to your interrogatories you have that information already.

The witnesses I plan on [subpoenaing] are Wilmington Police officer [especially] alex _____ Velazquez, Dr. Ying and Dr. Elwood VA Hospital Wilmington DE 1980 and my John James. However I reserve my right should more be necessary, the officer Larkin another police

③

Please note it is my intent to supply any relevant info as necessary @ or upon request.

Mark Tunelski Sr

Date 12-11-06

also note I am Homeless and plan on going to fla. To escape ~~cou~~ cold.

I shall return app 4-5-06.

Please schedual ect. after that and note the picture Mr. S Mogen requested a deposition.

105.015

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARK TURULSKI, SR.<br>　　　　　　　　　Plaintiff<br><br>　　　　vs.<br><br>AMTRAK<br>　　　　　　　　　Defendant | CIVIL ACTION<br><br>NO. 06-245GMS<br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

Attention Jessica Gensler attorney for Amtrak:

　　(**Note: This is Defendant's attempt to interpret Plaintiff's filing in his handwriting**).

　　I just received your paperwork in the case five days.

　　I have informed your firm that I am currently homeless and in was my intent to go to Florida in November until April 07.  Unfortunately, it looks like I am not going to escape the cold on winter until January 07.  I find your aggression questionable at this point for I believe you already have the list of my witnesses and wonder if this is a ploy to try to make me look bad in the Court's eyes.  I noticed you did not include Wilmington police officer Aguillo (not sure of the spelling of his name) for he is an eye witness.  In all fairness and as a matter of justice your firm and you should ensure that this man is present at trial.  I believe you have mostly everything that I have however if you don't I shall do my best to provide everything you want and it is my intent to provide what I have at trial to you, the Judge and Jury.

PAGE 2:

　　Witness I would like to see at trial are Wilmington Aguillo, possibly John volunteer O/A records, etc.

　　Also the Wilmington field police that witness the torture of me by Amtrak policeman Larkin.

　　I hope this satisfies your request as to your interrogatories you have that information already.  The witnesses I plan to subpoena are Wilmington police officer especially to Alex Velaquez, DZ Ying and Dr. Edmond V/A Hospital, Wilmington, DE

19809 and John Jones.  However I retain my right should more be necessary.  With officer Larkin Amtrak police.

PAGE 3:

Please note it is my intent to supply any relevant information as necessary at or before trial.

Signed Mark Turelski, Sr.
Date: 12-11-06

Also note I am homeless and plan on going to Florida to escape cold.

I shall return app. 4/5/06.  Please schedule trial etc. after this and note the procedure Mr. Gallagher requested a deposition.

ENVELOPE REVERSE SIDE: Please note yes I do want the copies, however don't have $29.00 at this time, Thanks, Mark

date 12-13-06

civil action
No. 06-245
GMS.

In the United States
District court for
the state of Delaware

Mark Tutakhish, plaintiff

vs

amtrak   Defendant

In accordance with 26(a) disclosures and
compel to interrogatories.

To wit, plaintiff has notified both verbally
and in writing that disclosures are to be con-
sidered in original suit and as to interrogatories
this has been done and sent to plaintiff
including pictures they requested.

However if it pleases the
court I shall repeat at has.

The witness plaintiff intends to call
at trial and plans on expense some one
as follows. Officer Velazquez Wilmington
police who took this happen. Officers of
Wilmington presents at the firm such officer,

@ Wilmington, Delaware, Peter Yong V/H Hospital Wilmington Delaware, and picture of wound that ontook requested.

This is all I have and I hope this satifies the court as to disclosure, interrogatories, and compelling questions. There is no more and if more shall become available I shall notify defendant as to same.

Also plaintiff notified defendant 2 months ago that plaintiff was homeless and was intending on going to Florida to escape the cold any more etc, and plaintiff can see no other reason for defendant to start this action now other than to avoid J. eetch.

Plaintiff prays that the court will resolve this matter and order defendant to court of jurisdiciary.

please note I intend on going to Florida on Jan 3 rd 07 and would like I can now 10 please reschedule accordingly

copy sent to:
Gallagher, Rowan & glenn PC
Riverside corp. _____
501 riverside Road suite 94
Wilmington Delaware 19809
Attention:
Jessica Kinsler

Mark Cumberlin
P.O Box 3145
Wilmington, DE
19805

date 12-13-06

civil action
No. 06-245
GMS

In the United States
District Court for
the State of Delaware

Mark Tuckisk, Plaintiff

vs

amtrak, Defendant

In accordance with 26(a) disclosures and compel to interrogatories.

To wit, plaintiff has notified both verbally and in writing that disclosures are to be considered in original suit and as to interrogatories this has been done and sent to plaintiff including pictures they requested.

However if it pleases the court I shall repeat it here.

The witness plaintiff intends to call at trial and plans on expose are one as follows: officer Velazquez Wilmington police who took this report, officers of Wilmington presents at the scene, such officer,

@ Wilmington, Delaware, Peter Young V/H Hospital Wilmington Delaware, and picture of wound that ontrack requested.

This is all I have and I hope this satifies the court as to disclosure, interrogatories, and compelling question. There is no more and if more should become available I shall notify the dependent as to same.

Also plaintiff notified dependent 2 months ago that plaintiff is homeless and was intening on going to Florida to escape the cold weather etc, and plaintiff can see no other reason for dependent to start this action now other than to avoid Jeetees.

Plaintiff prays that the court will resolve this matter and order dependent to court of jurisdiction.

Please note I intend on going to Florida on Jan 3rd 07 and would like copy sent to: I can now to please reschedule accordingly.

Gallagher, Rowans & Glaser PC
Riverside Corp. Professional Center
501 Riverside Road Suite 94
Wilmington, Delaware 19809
Attorney:
Jessica Kinsler

Mark Cunliffe
P.O. Box 3145
Wilmington, DE
19805

Date 12-13-06

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR.<br>　　　　　　　　　Plaintiff<br>　　vs.<br>AMTRAK<br>　　　　　　　　　Defendant | CIVIL ACTION<br><br>NO. 06-245GMS<br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

**(Note: This is Defendant's attempt to interpret Plaintiff's filing in his handwriting)**.

　　In accordance with 26(a) Disclosures and Compel to Interrogatories.
　　To with: Plaintiff has notified both verbally and in writing that disclosures are to be combined in original suit and as to interrogatories this has been done and sent to Plaintiff including pictures thus requested.
　　However if it pleases the court I shall repeat it here.
　　The witnesses Plaintiff intend to call at trial and plan on subpoena some are as follows. Officer Velasquez Wilmington police who seen this happen, officers of Wilmington police, prisoners at the field office , Officer Larkin (amtrak police) Doctor Edward V/A Wilmington, Delaware, Doctor Ying V/A Hospital Wilmington Delaware and picture of scene that Amtrak requested.
　　This is all I have an I hope this satisfies the court as to disclosures, interrogatories and compeling questions there is no more and if more should become available I shall notify defendants as to same.
　　Also Plaintiff notified Defendant 2 months ago that Plaintiff is homeless and was intending on going to Florida to escape the cold in Nov. 06 and plaintiff can see no other reason for Defendant to start this action now other than to avoid justice.
　　Plaintiff prays that the court will resolve this matter and report Defendant to Court of Justice way.
　　Please note I intent on going to Florida on Jan 3rd 07 and looks like I can now so please schedule accordingly.

　　Copy sent to:
　　Gallagher, Rowan & Egbert, P.C.
　　SILVERSIDE CARR EXECUTIVE CENTER
　　501 SILVERSIDE ROAD
　　SUITE 94
　　WILMINGTON, DE 19809
　　Attention: Jessica Gensler

12-14-06

In the District Court
for the State of Delaware

Mark Tunulakos, Plaintiff     Civil Action
                              No. 06-245
vs
Amtrak, Defendant

Please enter as part of the court record and a part of evidence exhibit A, B, C — Notorized evidance date March 23rd 06 of Robert Beart who was a eye witness to the. Defendent was given copy of this at deposistion.

I will note I am on returning from Florida 4-11-07

Thank you.
Mark Tunulakos

Mary B. Duvall

MARY B. DUVALL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 27, 2008

dat 5-23-06

EXHIBIT
A
5-23-06  MS

I Robert Blatt did
see Mr. Jerkin of amtrak
put the handcuffs on Mark
Turitski's on or about 3-20-04
and that the cuffs were so
tight that Mark Turitski's
left wrist was bleeding
and that he was put in
the cell with the door closed
and cuffs on and leaving his
back and left there for app 8 hrs
and also seen Mark Turitski
suffer of from mental and physical
pain caused by Mr. Jerkin on that
day and also seen (signed) Robert Blatt
Officer Velazquez witnessed Mark Turitski
take them off.

5-11-06 Mark Turitski

Exhibit B     5-22-06

I Robert B Cott remember the Magistrate on that day or next day order Mark Tunulski sr and Robert B Cott to stay away from Amtrak including the Train station.

_____
MARY B. DUVALL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 27, 2008

Signed
Robert Cott


EXHIBIT
B
5-23-06  MJ

Witnessed
Mark Tunulski sr

5-22-06

I Robert Blatt do hereby states that I witnessed the abuses and touches of Mark Tundrski and seen the blood from the hand cuffs of Mark Tundrighk.

Robert Blatt
Signed
Robert Blatt

Witness Mark T ghk

12-14-06

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR.<br>　　　　　　　　　　Plaintiff<br>　　vs.<br>AMTRAK<br>　　　　　　　　　　Defendant | CIVIL ACTION<br><br>NO. 06-245GMS |

**(Note: This is Defendant's attempt to interpret Plaintiff's "filing" in his handwriting)**.

PAGE 1

　　Please enter as part of the court record and a part of my evidence Exhibit A, B, C. Notarized evidence date March 23rd 06 by Robert Blatt who was an eye witness to this. Defendant was given copy of this at deposition.

　　　　　　　　　　　　　　　　　　Thank you:

　　　　　　　　　　　　　　　　　　Mark Turulski, Sr.

Please note I plan on returning from Florida 4-14-07

PAGE 2
EXHIBIT A: 5-23-06

　　I, Robert Blatt did see Mr. Larkin of Amtrak put the handcuffs on Mark Turulski on or about 3-20-04 and that the cuffs were so tight that Mark Turulski's left wrist was bleeding and that he was put in the cell with the door closed and cuffs on behind his back and left there for app. 8 hours and also seen Mark Turulski suffer extreme mental and physical pain caused by Mr. Larkin on that day and also seen officer Valequez take them off.
　　　　　　　　　　　　　　　　　　(Signed)

　　　　　　　　　　　　　　　　　　Robert Blatt

Witnessed:
Mark Turulski Sr.

　　　　　　　　　　　　　　　　　　12-14-06 Mark Turulski Sr.

PAGE 3

EXHIBIT B: 5-22-06

     I Robert Blatt remember the Magistrate on that day and next day order Mark Turulski and Robert Blatt to stay away from Amtrak including the train station.

                                              Signed

                                              Robert Blatt

(notarized by Mary B. Duvall, Notary
Public State of Delaware
commission expires 3/27/08)

Witnessed:

Mark Turulski, Sr

PAGE 4

EXHIBIT C: 5-22-06

     I Robert Blatt do hereby states that I witnessed the abuses and torture of Mark Turulski and seen the blood from the handcuffs of Mark Turulski Sr.

                                              Robert Blatt
                                              Signed

                                              Robert Blatt

Witness:

Mark Turulski Sr.