In The United States
District court for
the state of Delaware

Mark Tautskish Plaintiff  } Civil action
       vs                 } No. 06-245
Amtrak    Defendant       } GMS

Plaintiff hereby makes Motion for Defendant to find out who officer Aguilla (not sure of spelling) is, where he can be located and his Badge number is, for he is another eye witness to this matter and a witness of mental and physical toucher and or abuses by Defendant on Plaintiff, and that Defendant has 10 days to do this and or D.L.B.D.

Mark Tautskish

dated 12-23-06

Copy sent to Defendant

2006 DEC 27 AM 8:59
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE