Pge 1 of 2

12-23-06

In the United states
District Court for
the state of Delaware

civil action
no. 06-245 GMS

Mark Turulski sr Plantff

us

amtrak          Defendant

FILED 2006 DEC 27 AM 9:00 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

Plaintiff hereby makes Motion
for reconsideration of HIPPA and the
reasons are as follows.
at the deposition Plaintiff answered
any and all of Defendants question
to the best of my knowedge. (app 3-4 hrs.)
also Plaintiff signed all and any
release of information request and
or forms, this was good for 6 months.
also I really don.t know what
HIPPA is. and that Defendants Plaintiff
request and or Motion that Defendants
request to dismiss be denighed.
and that Defendants future
Metions and or requests that are
based on avoiding Justice be denighed.

Please note that signe in picture
says " no Dumping Violators will
be Procuted") also Defendant was notified

Page 2

of Plaintiffs intent to go to Pleadsato escape cold in November of 2006.

If it please the court of Plaintiff is willing to comply with request for HIPPA once Plaintiff knows what it is. Plaintiffs intentions here are good and Honorable.

Perhaps the Bar of Judiciary should visit this matter as to the actions of Defendant.

Mark Tenulski sr
dated 12-23-06