105.015

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK TURULSKI, SR. | | CIVIL ACTION |
| | Plaintiff | |
| vs. | | NO. 06-245 |
| AMTRAK | | |
| | Defendant | |
| | | JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

### RESPONSE OF DEFENDANT, AMTRAK TO PLAINTIFF'S MOTION TO COMPEL IDENTIFICATION AND LOCATION OF WITNESS FILED BY PLAINTIFF DECEMBER 27, 2006

Defendant, Amtrak is not aware of the identification of Officer Aquilla. Officer Aquilla is not an employee of Defendant Amtrak. Despite thorough reviews of Defendant Amtrak's records and file, Officer Aquilla has never been employed by Defendant Amtrak and therefore, Defendant Amtrak is unable to produce the information requested by the Plaintiff.

Defendant Amtrak requests that this Honorable Court deny Plaintiff's Motion to Compel Defendant Amtrak to obtain address and information and badge number regarding Officer Aquilla.

**GALLAGHER & ROWAN, P.C.**

By:/s/Jessica E. Gensler Lippy
    JESSICA E. GENSLER LIPPY, ESQUIRE
    DSB #4426
    PAUL F. X. GALLAGHER, ESQUIRE
    Attorney for Defendant Amtrak
    SILVERSIDE CARR EXECUTIVE CENTER
    501 SILVERSIDE ROAD

SUITE 94
WILMINGTON, DE 19809
(302) 798-2779

DATE:          January 5, 2007

**105.015**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR.<br>　　　　　　　　　　Plaintiff<br>　　　vs.<br><br>AMTRAK<br>　　　　　　　　　　Defendant | CIVIL ACTION<br><br>NO. 06-245<br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

## CERTIFICATE OF SERVICE

  I, Jessica E. Gensler Lippy, as attorney for Defendant Amtrak in the above captioned matter, herein certify that I caused a true and correct copy of Defendant Amtrak's Response to Plaintiff's Motion to Compel Identification and Location of Witness Filed by Plaintiff December 27, 2006, to be served upon Plaintiff as listed below on January 5, 2007, via US Mail:

    Mark Turulski, Sr.
    P.O. Box 3145
    Wilmington, DE 19804-3145

    **GALLAGHER & ROWAN, P.C.**

    By:/s/Jessica E. Gensler Lippy
     JESSICA E. GENSLER LIPPY, ESQUIRE
     DSB #4426
     PAUL F. X. GALLAGHER, ESQUIRE
     Attorney for Defendant Amtrak
     SILVERSIDE CARR EXECUTIVE CENTER
     501 SILVERSIDE ROAD
     SUITE 94
     WILMINGTON, DE 19809
     (302) 798-2779

DATE:  January 5, 2007