105.015

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR. | CIVIL ACTION |
| Plaintiff | |
| vs. | NO. 06-245 |
| AMTRAK | |
| Defendant | JURY TRIAL DEMANDED |
| | 12 JURORS REQUESTED |

**RESPONSE OF DEFENDANT AMTRAK TO PLAINTIFF'S MOTION FOR
MISCELLANEOUS RELIEF FILED BY PLAINTIFF DECEMBER 27, 2006**

Defendant, Amtrak hereby responds to Plaintiff's Motion for Miscellaneous Relief regarding HIPAA authorizations.

Defendant admits that Plaintiff was deposed and signed authorizations for release of information at the time of his deposition.[1]  His authorizations were forwarded to an employer and medical provider identified by Plaintiff at the time of the deposition. Defendant's Motion to Compel Discovery pertains to fifteen (15) HIPAA authorizations as outlined in Defendant's November 17, 2006 letter attached hereto.  These are not authorizations which have already been signed by the Plaintiff.

The Plaintiff has placed his medical condition in controversy by the initiation of this

---

[1]  Plaintiff seems to state he is not aware of what a HIPAA authorization is.  This was explained at his deposition when he signed the 2 authorizations.  In addition, Defendant would be  more than happy to further explain and discuss same over the telephone as well as address the various motions filed by both Plaintiff and Defendant in order to avoid seeking Court intervention however Plaintiff has not provided any further contact information such as a phone number to Defense counsel.

lawsuit and therefore, Defendant is entitled to obtain Plaintiff's medical records and employment records.  In order to obtain these records, a HIPAA authorization is required by these medical providers.  Defendant has absolutely no other opportunity or means to obtain these medical records without plaintiff's executed HIPAA authorizations.  Therefore, Defendant hereby requests that the request of Plaintiff to be relieved of executing HIPAA authorizations be denied.

**GALLAGHER & ROWAN, P.C.**

By:/s/Jessica E. Gensler Lippy
JESSICA E. GENSLER LIPPY, ESQUIRE
DSB #4426
PAUL F. X. GALLAGHER, ESQUIRE
Attorney for Defendant Amtrak
SILVERSIDE CARR EXECUTIVE CENTER
501 SILVERSIDE ROAD
SUITE 94
WILMINGTON, DE 19809
(302) 798-2779

DATE:      January 5, 2007

# GALLAGHER & ROWAN, P.C.

ATTORNEYS AT LAW
SILVERSIDE CARR EXECUTIVE CENTER
501 SILVERSIDE ROAD
SUITE 94
WILMINGTON, DELAWARE 19809

(302) 798-2779
FAX (302) 798-2780

**PAUL F. X. GALLAGHER+**
**MAUREEN ROWAN***
**BENJAMIN N. GIALLORETO***

**JESSICA E. GENSLER LIPPY ±**
**JOHN C. PORTER+**
**PAUL A. GALLAGHER***
**KEVIN M. DURKAN+**
**JENNIFER E. THOMPSON***

* MEMBER OF PA BAR
+ MEMBER OF PA & NJ BAR
± MEMBER OF PA, NJ & DE BAR

**1500 WALNUT STREET**
**SUITE 1600**
**PHILADELPHIA, PA 19102**
**(215) 732-8900**
**FAX (215) 732-8999**

**304 HARPER DRIVE**
**SUITE 103**
**MOORESTOWN, NJ 08057**
**(856) 608-9020**
**FAX (856) 608-0625**

**OUR FILE NO:** 105.015

**EXTENSION:** 124

November 17, 2006

Ms. Jaime Gatta
DOCUMENT REPRODUCTION SERVICES
1617 JFK Boulevard
Suite 820
Philadelphia, PA 19103

> **RE:    Mark Turulski, Sr. vs AMTRAK**
> **United States District Court**
> **for the District of Delaware**
> **Civil Action No. 06-CV-0245 GMS**
> **Date of Loss: 3/20/04**
> **Amtrak File No.: 100293-WJJ**

Dear Ms. Gatta:

Could you please at your earliest convenience advise of the status of obtaining any and all records from the following deponents as they pertain to Mr. Turulski:

1. **William Penn High School (Pupil records)**
   713 East Basin Road
   New Castle, DE 19720
   302-324-5740

2. **Goldey Beacom College (Pupil records)**
   4701 Limestone Road
   Wilmington, DE 19808-8814
   302-998-8814

Ms. Jaime Gatta
November 17, 2006
Page 2

3. **James H. Grove High School (Pupil records)**
1703 School Lane
Wilmington, DE 19808
302-994-4079

4. **Delaware Technical and Community College (Pupil records)**
333 Shipley Street
Wilmington, DE 19801
302-571-5300

5. **National Military Records Center (Navy)**
St. Louis, MO

6. **Sears (Employment records)**
Price's Corner
Wilmington, DE 19801
302-995-9222

7. **Carman Lincoln Mercury (Employment records)**
3420 Kirkwood Highway
Wilmington, DE 19808
302-995-2222

8. **Delaware State Hospital**
1901 North DuPont Highway
New Castle, DE 19720
302-577-4000

9. **Wilmington Veterans Medical Center**
Doctors Yeng & Elmwood
Kirkwood Highway
Wilmington, DE

10. **Howard R. Young Correctional Institution**
(Gander Hill Prison)
1301 East 12th Street
Wilmington, DE 19801
302-429-7700

11. **Delaware Correctional Center**
(Smyrna Prison)
1181 Paddock Road
Smyrna, DE 19977
302-653-9261

Ms. Jaime Gatta
November 17, 2006
Page 3

    12.    **Sussex Correctional Institution**
        (Georgetown Prison)
        PO Box 500
        Georgetown, DE 19947

    13.    **Lynda Weaver, MD**
        1941 Limestone Road
        Suite 210
        Wilmington, DE 19801
        302-998-0300

    14.    **Christiana Care Health Services**
        501 West 14th Street
        Wilmington, DE 19801
        302-733-1900

    15.    **St. Francis Hospital**
        7th & Clayton Streets
        Wilmington, DE 19805
        302-575-8260

       Mr. Turulski is serving as his own counsel (pro se).  His telephone number is ███████.  Mr. Turlurski resides at 6 Brookside Drive, Apt. A, Wilmington, DE 19804.  His SSN is ███████ and his DOB is 1█████

       Do not hesitate to contact me should you have any questions, or require any additional information.

                Very truly yours,

                Anthony J. Bompadre
                Paralegal to Paul F.X. Gallagher, Esquire

//ajb

105.015

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK TURULSKI, SR. | | CIVIL ACTION |
| | Plaintiff | |
| vs. | | NO. 06-245 |
| AMTRAK | | |
| | Defendant | |
| | | JURY TRIAL DEMANDED |
| | | 12 JURORS REQUESTED |

## CERTIFICATE OF SERVICE

    I, Jessica E. Gensler Lippy, as attorney for Defendant in the above captioned matter, herein certify that I caused a true and correct copy of Response of Defendant to Plaintiff's Motion for Miscellaneous Relief Filed by Plaintiff December 27, 2006, to be served upon Plaintiff as listed below on January 5, 2007, via US Mail:

        Mark Turulski, Sr.
        P.O. Box 3145
        Wilmington, DE 19804-3145

        **GALLAGHER & ROWAN, P.C.**

        By:/s/Jessica E. Gensler Lippy
          JESSICA E. GENSLER LIPPY, ESQUIRE
          DSB #4426
          PAUL F. X. GALLAGHER, ESQUIRE
          Attorney for Defendant Amtrak
          SILVERSIDE CARR EXECUTIVE CENTER
          501 SILVERSIDE ROAD
          SUITE 94
          WILMINGTON, DE 19809
          (302) 798-2779

DATE: January 5, 2007