# GALLAGHER & ROWAN, P.C.

ATTORNEYS AT LAW
SILVERSIDE CARR EXECUTIVE CENTER
501 SILVERSIDE ROAD
SUITE 94
WILMINGTON, DELAWARE 19809

(302) 798-2779
FAX (302) 798-2780

PAUL F. X. GALLAGHER+
MAUREEN ROWAN*
BENJAMIN N. GIALLORETO*

JESSICA E. GENSLER LIPPY ±
RAYMOND J. HUNTER+
JOHN C. PORTER+
PAUL A. GALLAGHER*
JENNIFER E. THOMPSON*

* MEMBER OF PA BAR
+ MEMBER OF PA & NJ BAR
± MEMBER OF PA, NJ & DE BAR

1500 WALNUT STREET
SUITE 1600
PHILADELPHIA, PA 19102
(215) 732-8900
FAX (215) 732-8999

304 HARPER DRIVE
SUITE 103
MOORESTOWN, NJ 08057
(856) 608-9020
FAX (856) 608-0625

OUR FILE NO: 101.015

January 9, 2007

Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Bogg Federal Building
844 North King Street
Wilmington, Delaware 19801



FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: **Mark Turulski, Sr., Plaintiff pro se v. Amtrak
Amtrak Case No. 100293/1-WJJ
U.S.D.C./District of Delaware
Civil Action No. 1:06-cv-00245 GMS**

Dear Judge Sleet:

Defendant Amtrak respectfully requests your Honor grant a conference in this matter to discuss the various outstanding discovery motions.

In light of the fact we have been unable to reach the Plaintiff by telephone perhaps an in person conference with your Honor would be able to resolve some of the outstanding issues and move this case forward.

I will be available at your Honor's convenience. I thank you for your anticipated courtesy and attention herein.

Very truly yours,

Jessica E. Gensler Lippy

JEGL
cc: Mr. Mark Turulski