Reference;
    Mark Tarulski, sr Plaintiff pro se. Amtrak
    CA: 100293/1-WJJ.
    civil action # 1:06-CV-00245 GMS.

Dear Sir,
    In reply to defendants letter dated 3-13-07 once again same is making inaccurate and or untrue statements to the court and that plaintiff is willing to comply with the court and reasonable requests by defendant.
    Plaintiff has tryed on several occasions to settle this matter but defendant has refused to do so. Plaintiff has no objection to a conference with the court, also Plaintiff reserves its right to discovery extention also.

                        Thank you
                        Mark Tarulski Sr

C.C,
Defendant

2007 MAR 28 AM 9:53 CLERK US DISTRICT COURT

rulskosk
145
town DE
19804

2007 MAR 28 AM 9: 53



Honorable Gregory m. sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware

19801