06-cv-245 (GMS)

## ORDER SCHEDULING DISCOVERY TELECONFERENCE

IT IS HEREBY **ORDERED** that a telephone conference to discuss discovery issues in this matter has been scheduled for **Friday, April 27, 2007 at 11:00 a.m.** Counsel for the **defendant** is directed to coordinate and initiate the telephone conference call to chambers at (302) 573-6470.

IT IS FURTHER **ORDERED** that counsel for defendant shall file with the court, by electronic means, a **joint**, **non-argumentative** letter agenda (a sample letter can be found on the court's website (www.ded.uscourts.gov)), not to exceed two pages in length, outlining the issues in dispute no later than the close of business on **Friday, April 20, 2007**.

    /s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE