4-16-07

In the United States
District court for the
state of Delaware

FILED
APR 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mark Turulski sr.    Plaintiff    civil action
            vs                    No 06-245
                                  GMS
amtrak          Defendant

In reference to letter from Defendant dated 4-10-07. and the courts order for Telephone conference for 4-27-07 @ 11: A.M. Plaintiff hurly objects to 1-15 excluding # 6.

also because Plaintiff currently only has a pre-paid cell phone need some requests conference in chambers. also Plaintiff as previously requested all witnesses that seen this happen including cpl alex velazquez of wilmington police who took the cuffs off of me and my home

Thank you,
Mark Turulski sr