# GALLAGHER & ROWAN, P.C.

ATTORNEYS AT LAW
SILVERSIDE CARR EXECUTIVE CENTER
501 SILVERSIDE ROAD
SUITE 94
WILMINGTON, DELAWARE 19809

(302) 798-2779
FAX (302) 798-2780

PAUL F. X. GALLAGHER+
MAUREEN ROWAN*
BENJAMIN N. GIALLORETO*

JESSICA E. GENSLER LIPPY ±
RAYMOND J. HUNTER+
JOHN C. PORTER+
PAUL A. GALLAGHER*
JENNIFER E. THOMPSON*

* MEMBER OF PA BAR
+ MEMBER OF PA & NJ BAR
± MEMBER OF PA, NJ & DE BAR

1500 WALNUT STREET
SUITE 1600
PHILADELPHIA, PA 19102
(215) 732-8900
FAX (215) 732-8999

304 HARPER DRIVE
SUITE 103
MOORESTOWN, NJ 08057
(856) 608-9020
FAX (856) 608-0625

OUR FILE NO: 105.015

July 11, 2007

Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Bogg Federal Building
844 North King Street
Wilmington, Delaware 19801

Re: **Mark Turulski, Sr., Plaintiff pro se v. Amtrak
Amtrak Case No. 100293/1-WJJ
U.S.D.C./District of Delaware
<u>Civil Action No. 1:06-cv-00245 GMS</u>**

Dear Judge Sleet:

Please be advised that the above-referenced matter has settled. I have attached for your review a copy of the Release executed by Plaintiff pro se Mark Turulski along with a copy of the settlement draft provided to Mr. Turulski in this regard.

Thank you for your anticipated courtesy and attention herein.

Very truly yours,

Jessica E. Gensler Lippy

JEGL
Enclosure
cc:  Mr. Mark Turulski