IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TURULSKI, SR., ) | |
| ) | |
| *Pro Se* Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-245 (GMS) |
| ) | |
| AMTRAK, ) | |
| ) | |
| Defendant. ) | |

### ORDER TO SHOW CAUSE

WHEREAS, on April 12, 2006, a notice of removal from the Superior Court of Delaware was filed in this court (D.I. 1);

WHEREAS, on April 17, 2006, an answer to the complaint was filed by the defendant (D.I. 3);

WHEREAS, on July 24, 2006, a scheduling order was issued in this case (D.I. 6);

WHEREAS, on July 26, 2006, an amended scheduling order was issued (D.I. 7);

WHEREAS, on July 19, 2007, a letter was received from the defendant Amtrak advising the court that this matter had been settled between the parties (D.I. 25);

IT IS HEREBY ORDERED that:

The plaintiff is directed to show cause within 14 days of the date of this Order why this case should not be dismissed.

_____
CHIEF UNITED STATES DISTRICT JUDGE

July 27, 2007

**FILED**
JUL 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE