IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARK TURULSKI, SR., | ) | |
| | ) | |
|     *Pro Se* Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-245 (GMS) |
| | ) | |
| AMTRAK, | ) | |
| | ) | |
|     Defendant. | ) | |

### ORDER

WHEREAS, on April 12, 2006, a notice of removal from the Superior Court of Delaware was filed in this court (D.I. 1);

WHEREAS, on April 17, 2006, an answer to the complaint was filed by the defendant (D.I. 3);

WHEREAS, on July 24, 2006, a scheduling order was issued in this case (D.I. 6);

WHEREAS, on July 26, 2006, an amended scheduling order was issued (D.I. 7);

WHEREAS, on July 19, 2007, a letter was received from the defendant Amtrak advising the court that this matter had been settled between the parties (D.I. 25);

WHEREAS, on July 27, 2007, an Order was issued directing the plaintiff to show cause within 14 days why this case should not be dismissed (D.I. 26);

WHEREAS, to date, the docket reflects no further activity in this case.

IT IS HEREBY ORDERED that:

This case is hereby DISMISSED.

                                                  _____
                                                  CHIEF, UNITED STATES DISTRICT JUDGE

September ___11___, 2007

FILED
SEP 1 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE